IN THE SUPREME COURT OF THE STATE OF DELAWARE

| ANDRE JOHNSON, | § | |
|---|---|---|
| | § | No. 465, 2016 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 92006336DI |
| STATE OF DELAWARE, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: March 8, 2017
Decided: March 22, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## <u>ORDER</u>

This 22nd day of March, 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of the court's decision dated August 11, 2016.

NOW, THEREFORE, IT IS ORDERED that the decision of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice